# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 18, 2022

Lyle W. Cayce
Clerk

No. 20-60606
Summary Calendar

Karim Jasem Matrut,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

---

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A075 086 084

---

Before Davis, Jones, and Elrod, *Circuit Judges.*

Per Curiam:*

Karim Jasem Matrut, a native and citizen of Iraq, petitions this court for review of a decision of the BIA denying his motion to reconsider as capricious. Motions for reconsideration are disfavored and we review their

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-60606

denial under a highly deferential abuse of discretion standard. *Zhao v. Gonzales*, 404 F.3d 295, 303 (5th Cir. 2005).

We are not compelled to find that the BIA's denial was improper. The BIA considered the arguments advanced and based its conclusion on the record. *See Zhao*, at 303-04.

PETITION FOR REVIEW DENIED.